**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 249 MAL 2022

          Respondent          :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

          v.                   :

                                :

JYZAH MICHAEL MORGAN,          :

          Petitioner           :

## ORDER

**PER CURIAM**

      **AND NOW**, this 30th day of November, 2022, the Petition for Allowance of Appeal is **DENIED**.